JOHN HOFMAN COMPANY, Respondent, *v.* EDWARD MURPHY, 2D, et al., Appellants.

*John Hofman Co.* v. *Murphy*, 111 App. Div. 908, affirmed.
(Argued January 14, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 19, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action of replevin.

*H. D. Bailey* and *John T. Norton* for appellants.

*John A. Barhite* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.